# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 12-00581LEK-KSC |
| CASE NAME: | Albert J. Morreira vs. Tropical Creations Manufacturing, Inc., a Hawai'i corporation, et al. |
| ATTYS FOR PLA: | R. Russell Scarlett |
| ATTYS FOR DEFT: | Wesley Ching |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S.C. Chang | REPORTER: | In Chambers - no record |
| DATE: | 9/3/2014 | TIME: | 10:00-11:10am |

COURT ACTION:   EP: Settlement Conference.  Present: Plaintiff Albert J. Morreira, Defendant Eugene Willis Schaardt, Jr., Debra Schaardt, and Avis Loo.  Settlement Conference held.  Further Settlement Conference set 9/16/14 at 10:00am before Judge Chang.

Submitted by: Shari Afuso, Courtroom Manager